**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | |
|---|---|
| **TATE & LYLE SUCRALOSE, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-2102 |
| ) | |
| **HEBEI SUKERI SCIENCE AND** ) | |
| **TECHNOLOGY CO., LTD., et al.,** ) | |
| ) | |
| Defendants. ) | |

## OPINION

A Report and Recommendation (#51) was filed by the Magistrate Judge in the above cause on November 3, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant MTC Industries' Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction and Improper Venue (#12) is GRANTED. Defendant MTC Industries is terminated as a party to this action.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 22nd day of November, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE